MARTIN L. WELSH, ESQ.
Nevada State Bar No. 008720
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
lwelsh@lvlaw.com; mwelsh@lvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELOISE PATTON, individually and on behalf of DONALD & ELOISE PATTON TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT CREDIT UNION, a foreign corporation.<br><br>Defendant. | CASE NO.:  2:24-cv-02345-JCM-DJA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request for Extension)** |

On December 16, 2024, Plaintiff ELOISE PATTON, individually and on behalf of DONALD & ELOISE PATTON TRUST ("Plaintiff"), by and through her attorneys of record, Kevin L. Hernandez, Esq. and Law Office of Kevin L. Hernandez filed a Complaint [ECF #1]. Plaintiff then served the Complaint (and Summons) on Defendant, ALLIANT CREDIT UNION ("Defendant") on or about December 30, 2024.  Defendant only retained counsel, Law Office of Hayes & Welsh, to represent it in this action on January 15, 2025.

After a discussion between counsel, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree to a brief extension of time for Defendant to respond to Plaintiff's Complaint, up to and including February 4, 2025.

///

///

1  This is the first stipulation for extension of time to file and respond to the Complaint.

2  Dated: January 17, 2025

3  Respectfully submitted by,

5    */s/ Kevin L. Hernandez*                           */s/ Martin L. Welsh*

Kevin L. Hernandez, Esq.                Martin L. Welsh, Esq.
Nevada State Bar No. 12594           Nevada State Bar No. 8720
Law Office of Kevin L. Hernandez     Larson A. Welsh, Esq.
8920 W. Tropicana Ave., Suite 101     Nevada State Bar No. 12517
Las Vegas, Nevada 89147              Law Office of Hayes & Welsh
*Attorneys for Plaintiff*                   199 No. Arroyo Grande Blvd., Suite 200
*Eloise Patton, individually and on behalf*  Henderson, Nevada 89074
*of the Donald & Eloise Patton Trust*     *Attorney for Defendant*
                                                   *ALLIANT CREDIT UNION*

IT IS SO ORDERED.

DATED: 1/21/2025

_____
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| **Subject:** | RE: Patton v. Alliant CU (2:24-cv-02345) |
| **Date:** | Thursday, January 16, 2025 at 3:55:31 PM Pacific Standard Time |
| **From:** | Kevin Hernandez <Kevin@kevinhernandezlaw.com> |
| **To:** | Larson Welsh <lwelsh@lvlaw.com> |
| **CC:** | Martin Welsh <mwelsh@lvlaw.com>, Kathleen Bratton <k.bratton@hayesandwelsh.onmicrosoft.com> |
| **Attachments:** | image001.jpg, image002.png |

Hi Larson,

I approve the stipulation for filing with my e-signature. Thanks.

Kevin L. Hernandez, Esq.
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
P: (702) 563-4450
F: (702) 552-0408
www.kevinhernandezlaw.com



*Licensed in Nevada and California

CONFIDENTIALITY NOTE: The information in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Larson Welsh <lwelsh@lvlaw.com>
**Sent:** Thursday, January 16, 2025 3:44 PM
**To:** Kevin Hernandez <Kevin@kevinhernandezlaw.com>
**Cc:** Martin Welsh <mwelsh@lvlaw.com>; Kathleen Bratton <k.bratton@hayesandwelsh.onmicrosoft.com>
**Subject:** Re: Patton v. Alliant CU (2:24-cv-02345)

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Kevin:

Attached for your review is a draft stipulation, as discussed with Martin. Please let us know if you have any revisions or alternatively, whether we can affix your e-signature. Thanks.