Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELOISE PATTON, individually and on behalf of the DONALD & ELOISE PATTON TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT CREDIT UNION, a foreign corporation,<br><br>Defendant. | Case No.: 2:24-cv-02345-JCM-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Plaintiff, Eloise Patton, ("Plaintiff") and Defendant Alliant Credit Union ("Alliant") (collectively referred to as the "Parties"), by counsel, held a telephonic conference on **February 17, 2025**, and submit this Stipulated Discovery Plan and Scheduling Order under Federal Rule of Civil Procedure 26(f) and Local Rule 26-1. Alliant first appeared before this Court on January 17, 2025 [ECF No. 5].

(1) FRCP 26(a)(1) Disclosures: **March 3, 2025**

(2) Amend Pleadings and Add Parties: **April 17, 2025**

(3) FRCP 26(a)(2) Disclosures (Experts):

    i. Expert Disclosure: **May 19, 2025**

    ii. Rebuttal Expert Disclosure: **June 18, 2025**

(4) Close of Discovery: **July 16, 2025**

i. 180 days from January 17, 2025

(5) <u>Dispositive Motions</u>: **August 15, 2025**

(6) <u>Pretrial Order</u>: **September 15, 2025**

(7) <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>: The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on dispositive motions or further court order.

(8) <u>Alternative Dispute Resolution</u>: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. <u>Alternative Forms of Case Disposition</u>: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

(9) <u>Electronic Evidence</u>: The parties do not anticipate discovery issues at this time and do not foresee any issues arising from the disclosure of electronically stored information. The parties agree to serve discovery requests, discovery responses, and disclosures via electronic mail or U.S. Mail. The Parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations.

(10) <u>Subjects of Discovery</u>: Discovery will be needed on the following subjects: All claims set forth in the complaint as well as the defenses relevant to the action. No discovery phases are needed or requested by the parties at this time.

(11) <u>Disclosures under Rule 26(a)</u>: Aside from electronic submission, the parties have no changes to the timing, form, or requirement for disclosures under Rule 26(a).

(12) <u>Protective Order(s)</u>: Alliant anticipates the production of confidential, trade secret, and/or commercially sensitive information during this action. As such, Alliant may request a protective order to be entered by the court to govern the use and disclosure of information that is deemed confidential, trade secret, and/or commercially sensitive.

(13) <u>Settlement</u>: The parties have engaged in settlement discussions.

(14) <u>Later Appearing Parties</u>: A copy of this discovery plan and scheduling order shall be served by Plaintiff on any person served after it is entered, or, if an additional defendant should appear, within five (5) days of their first appearance. This discovery plan and scheduling order shall apply to such later-appearing parties, unless the court, on motion and for good cause shown orders otherwise.

(15) <u>Extension or Modification of the Discovery Plan and Scheduling Order</u>: LR 26-3 governs modifications or extensions to this discovery plan and scheduling order.

Dated: February 17, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: February 17, 2025

**LAW OFFICE OF HAYES & WELSH**

*/s/ Larson Welsh*
Martin Welsh, Esq.
Nevada Bar No. 8720
Larson Welsh, Esq.
Nevada Bar No. 12517
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
mwelsh@lvlaw.com
lwelsh@lvlaw.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/18/2025