LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
lwelsh@lvlaw.com

*Attorneys for Defendant,*
*ALLIANT CREDIT UNION*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELOISE PATTON, individually and on behalf of DONALD & ELOISE PATTON TRUST,<br><br>          Plaintiff,<br><br>v.<br><br>ALLIANT CREDIT UNION, a foreign corporation.<br><br>          Defendant. | CASE NO.:  2:24-cv-02345-JCM-DJA |

## STIPULATION TO EXTEND DISCOVERY DEADLINES (First Request)

Defendant Alliant Credit Union ("Alliant"), by and through its counsel of record, together with Eloise Patton ("Patton" and together with Alliant as the "Parties"), by and though her counsel of record, hereby submit this stipulation (the "Stipulation") to extend discovery deadlines set forth in the Scheduling Order [ECF No. 10] (the "Scheduling Order"). The current cutoff date for discovery is July 16, 2025, which is more than twenty-one (21) days from the date of the filing of the first version of this Stipulation. This Stipulation is submitted in compliance with LR IA 6-1 and LR 26-3.  This is the first request to extend discovery deadlines.

**(a)** **Statement Specifying the Discovery Completed.**

The Parties have each made initial disclosures and have supplemented the same on multiple occasions.

/ / /

/ / /

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

1    On March 3, 2025, Patton served requests for admission, interrogatories, and requests for
2  production on Alliant.  On April 8, 2025, Alliant responded to the written discovery propounded
3  by Patton.

4    Also on April 8, 2025, Alliant served requests for admission, interrogatories, and requests
5  for production on Patton.  On May 16, 2025, Patton responded to the written discovery
6  propounded by Alliant.

7    **(b)    Specific Description of the Discovery that Remains to be Completed.**

8    Alliant intends on taking the deposition of Patton.

9    Patton intends on taking the deposition(s) of Alliant's FRCP 30(b)(6) witness(es) and
10  fact witnesses.

11    Patton intends to serve subpoenas on third parties and may serve additional written
12  requests.

13    **(c)    The Reasons Why the Remaining Discovery was Not Completed.**

14    The Parties believe that this matter will benefit from an early settlement conference and
15  are submitting a stipulation requesting the same concurrently herewith.  The Parties believe that
16  this matter is more likely to be resolved before the Parties incur fees and costs related to
17  depositions.  Therefore, the remaining discovery has not been completed because the Parties
18  want to attend a settlement conference before completing the remaining discovery.

19    **(d)    Proposed Schedule for Completing All Remaining Discovery.**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-Off Date: | July 16, 2025 | October 14, 2025 |
| L/D for Dispositive Motions: | August 15, 2025 | November 13, 2025 |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LAW OFFICE OF
**HAYES & WELSH**
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

1    This is the first stipulation to extend discovery deadlines.

2        Dated: June 12, 2025

3    _/s/ Kevin L. Hernandez_                    _/s/ Larson A. Welsh_
     KEVIN L. HERNANDEZ, ESQ.              LARSON A. WELSH, ESQ.
4    Nevada State Bar No. 12594            Nevada State Bar No. 12517
     Law Office of Kevin L. Hernandez     Law Office of Hayes & Welsh
5    8920 W. Tropicana Ave., Suite 101    199 No. Arroyo Grande Blvd., Suite 200
     Las Vegas, Nevada 89147              Henderson, Nevada 89074
6    *Attorney for Plaintiff*             *Attorney for Defendant*
     *ELOISE PATTON, individually and*    *ALLIANT CREDIT UNION*
7    *on behalf of the DONALD &*
     *ELOISE PATTON TRUST*
8

9                        IT IS SO ORDERED.

10                       DATED:  6/13/2025

11

12                       _____
                         U.S. MAGISTRATE JUDGE
13

14

15

16                       *Case No.: 2:24-cv-02345-JCM-DJA*
                 *Stipulation to Extend Discovery Deadlines (1st Request)*
17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

**Subject:**      RE: Alliant Credit Union adv. Patton, etc. -- Stip & Order to Extend Discovery Deadlines
**Date:**        Thursday, June 12, 2025 at 1:17:01 PM Pacific Daylight Time
**From:**        Kevin Hernandez <Kevin@kevinhernandezlaw.com>
**To:**          Kathleen Bratton <k.bratton@hayesandwelsh.onmicrosoft.com>
**CC:**          Larson Welsh <lwelsh@lvlaw.com>
**Attachments:** image002.jpg, image004.gif, image005.gif

Approved for filing. Thanks.

Kevin L. Hernandez, Esq.
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
P: (702) 563-4450
F: (702) 552-0408
www.kevinhernandezlaw.com



*Licensed in Nevada and California

CONFIDENTIALITY NOTE: The information in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Kathleen Bratton <k.bratton@hayesandwelsh.onmicrosoft.com>
**Sent:** Thursday, June 12, 2025 1:11 PM
**To:** Kevin Hernandez <Kevin@kevinhernandezlaw.com>
**Cc:** Larson Welsh <lwelsh@lvlaw.com>
**Subject:** Re: Alliant Credit Union adv. Patton, etc. -- Stip & Order to Extend Discovery Deadlines

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Per your request, please see the attached revised draft of the Stipulation to Extend Discovery deadlines. Please let me know if it is okay to use your e-signature to submit to the Court for filing/submission. Thank you.

Sincerely,
**Kathleen Bratton**
*Legal Assistant*
**LAW OFFICE OF HAYES & WELSH**
199 North Arroyo Grande Blvd., Suite 200