Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELOISE PATTON, individually and on behalf of the DONALD & ELOISE PATTON TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT CREDIT UNION, a foreign corporation,<br><br>Defendant. | Case No.: 2:24-cv-02345-JCM-DJA<br><br><br><br><br><br>**STIPULATION TO SET SETTLEMENT CONFERENCE UNDER LR 16-5** |

Plaintiff, Eloise Patton, individually and on behalf of the Donald & Eloise Patton Trust, ("Plaintiff") and Defendant Alliant Credit Union ("Alliant") (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties have conducted preliminary settlement discussions to resolve this matter.
2. Based on these discussions and an initial round of written discovery, the Parties believe in good faith that this matter will benefit from an early settlement conference.
3. Therefore, the Parties stipulate to hold a settlement conference under LR 16-5.
4. Plaintiff is unavailable on Mondays but can otherwise appear at the Court's discretion.

///

///

///

///

Page 1 of 2

5. The Parties will submit a separate stipulation to extend the remaining deadlines in the case by ninety (90) days to accommodate the settlement conference and avoid the unnecessary expenditure of fees and costs.

Dated: June 12, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: June 12, 2025

**LAW OFFICE OF HAYES & WELSH**

*/s/ Larson Welsh*
Martin Welsh, Esq.
Nevada Bar No. 8720
Larson Welsh, Esq.
Nevada Bar No. 12517
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
mwelsh@lvlaw.com
lwelsh@lvlaw.com
***Attorneys for Defendant***

IT IS SO ORDERED. The Court will enter a separate order scheduling the settlement conference.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/16/2025