Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELOISE PATTON, individually and on behalf of the DONALD & ELOISE PATTON TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT CREDIT UNION, a foreign corporation,<br><br>Defendant. | Case No.: 2:24-cv-02345-JCM-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE** |

Plaintiff and Defendant have resolved all claims, disputes, and differences between the parties.

Therefore, Plaintiff and Defendant, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Defendant with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Defendant bearing their own

///

///

///

///

///

///

///

///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 24, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 24, 2025

**LAW OFFICE OF HAYES & WELSH**

*/s/ Larson Welsh*
Martin Welsh, Esq.
Nevada Bar No. 8720
Larson Welsh, Esq.
Nevada Bar No. 12517
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
mwelsh@lvlaw.com
lwelsh@lvlaw.com
*Attorneys for Defendant*

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are hereby dismissed with prejudice. Plaintiff and Defendant will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 29, 2025